# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,**  Plaintiff,  v.  **DON TAYLOR,**  Defendant. | CIVIL ACTION  NO. 23-3003-KSM |

## ORDER

**AND NOW**, this 8th day of November, 2023, upon consideration of Plaintiff's Motion to Remand (Doc. No. 5), Defendant's Notice of Removal as a Bill in Equity Interpleader (Doc. No. 1), and Defendant's brief in opposition to the motion (Doc. No. 11), it is **ORDERED** that the motion is **GRANTED**, and this case is **REMANDED** to the Court of Common Pleas of Montgomery County.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.